165 So.2d 480

Jerry A. McCAA

v.

Frances A. S. McCAA.

No. 47323.

June 26, 1964.

In re: Jerry A. McCaa applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 163 So.2d 434.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

165 So.2d 480

William C. SIBLEY et al.

v.

The AETNA CASUALTY AND SURETY COMPANY et al.

No. 47321.

June 26, 1964.

In re: William C. Sibley et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 163 So.2d 464.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.